1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   LINDA C. HARTER, # 179741
    Chief Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700/Fax 916-498-5710

5   Attorney for Defendant
    FLORINANA K. VANGORDER-FACIANA
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  CASE No. 2:17-cr-00069-EFB
                                       )
12                 Plaintiff,          )
                                       )
13      v.                             )  WAIVER OF DEFENDANT'S PRESENCE
                                       )
14                                     )
    FLORINANA K. VANGORDER-            )
15  FACIANA,                      ,    )
                                       )
16                 Defendant.

17

18

19      Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant,

20  FLORINANA K. VANGORDER-FACIANA, hereby waives the right to be present in person in

21  open court upon the hearing of any motion or other proceeding in this case, including, but not

22  limited to, when the case is set for trial, when a continuance is ordered, and when any other

23  action is taken by the court before or after trial, specifically, appearances for any hearing

24  regarding modification of conditions of supervised release.

25      Defendant hereby requests the Court to proceed during every absence which the Court

26  may permit to this waiver; agrees that defendant's interests will be deemed represented at all

27

28

    Waiver of Appearance              -1-

1    times by the presence of the defendant's attorney, the same as if the defendant were personally

2    present; and further agrees to be present in court ready for trial any day and hour the Court may

3    fix in the defendant's absence.

4         The defendant further acknowledges being informed of the rights under Title 18 U.S.C.

5    §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates

6    under that Act without the defendant's personal presence.

7         The original signed copy of this waiver is being preserved by the attorney undersigned.

8    Dated:   May 9, 2017

9

10                   Floriana K. Vangorder-Faciana
                   (Defendant)

11                   Original retained by attorney

12         I agree and consent to my Client's waiver of appearance.

13    Dated: May 9, 2017
                  */s/ Linda C. Harter*

14

15                   LINDA C. HARTER
                  Chief Assistant Federal Defender

16                   Attorney for Defendant

17         IT IS SO ORDERED.

18    Dated: May 16, 2017.

19               EDMUND F. BRENNAN
              UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28