UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:17-cr-00069-EFB |
| Plaintiff, | ) [~~Proposed~~] ORDER TO DISMISS AND ) VACATE STATUS CONFERENCE |
| v. | ) |
| FLORIANA K. VANGORDER-FACIANA, | ) DATE: May 09, 2017 ) TIME: 9:00 a.m. |
| Defendant. | ) JUDGE: Hon. Edmund F. Brennan |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:17-cr-00069-EFB without prejudice is GRANTED.

It is further ordered that the status conference scheduled on June 12, 2017, at 2:00 p.m. is vacated.

IT IS SO ORDERED.

Dated:  June 6, 2017

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge